```
COURTROOM MINUTES - ARRAIGNMENT/REARRAIGNMENT
HONORABLE    RICARDO   HINOJOSA        PRESIDING
DEPUTY CLERK:  Ludi Cervantes
COURT REPORTER: Al Flores
U.S.P.O.: Bert Jaime         LAW CLERK: Baker, Brisack
DEPUTY U. S. MARSHAL: Zamora, Longoria, Bolls
INTERPRETER: Ramon De Villar (used) (not used)
OPEN:  9:00 A.M.  DATE:  October 4, 1988
```

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 4 1988
JESSE E. CLARK, CLERK
BY DEPUTY: [signature]

CR  M-88-151-S1 DEFT 02

U. S. A.                            )        Jack L. Wolfe,              AUSA
                                    )
vs                                  )
                                    )        James S. Bates
ELPIDIO MOJARRO RAMIREZ             )        Manuel Trigo, Jr.
                                    )

************************ ARRAIGNMENT/REARRAIGNMENT ************************

|   |   | Code | Description |
|---|---|------|-------------|
| ( | ) | ARRC | Arraignment continued to _____. |
| ( | ) | WVINDIF | Waiver of Indictment filed. |
| (X) | | MOTORALGV | *see reverse OTHER PROCEEDINGS. |
| (X) | | PLG | Deft enters plea of GUILTY to Cts. 1 . |
| ( | ) | PLNG | Guilty plea refused, NOT GUILTY plea entered. |
| ( | ) | FREE TEXT | ARRAIGNMENT as to Cts. _____ deferred. |
| ( | ) | TRDATS | Trial date set _____. |
| (X) | | ORDPSI | PSI ordered. |
| ( | ) | WVPSI | PSI waived. |
| (X) | | SENS | Sentencing set for  12/1/88 @ 9:00 A.M.  . |
| ( | ) | BAILC | Bond continued. |
| ( | ) | ORDBNDRVK | Bond revoked. |
| ( | ) | ORDBNDFRFT | Bond forfeited. |
| ( | ) | ORDBWI | Deft. failed to appear, BENCH WARRANT issued. (LFUC |
| ( | ) | ORD.BND.PR | $_____ PR Bond set. |
| ( | ) | ORD.BND.10 | $_____ 10% Bond set. |
| ( | ) | ORD.BND.SUR | $_____ Cash/Surety Bond set. |
| ( | ) | ORD.BW.WD | Bench Warrant withdrawn. |
| (X) | | FREE TEXT | Deft. remanded to custody of U. S. Marshal. |

(OVER)

COURTRAN 75

**PLEA BARGAIN:** Oral Plea Bargain: If Deft continues to P/G to Ct. 1, as the Govt has agreed to amend the Indictment and limit the proof to 10 lbs, at the time of sentencing, Govt will move to dismiss remaining counts, Govt will recommend 96 mos impris and Deft agrees to testify.

\*
**OTHER PROCEEDINGS:** Govt moves to amend the Indictment to read "a quantity less than 5 kilograms", and agrees to limit the proof on Ct. 1 to 10 lbs of cocaine. Court announces Govt's motion under advisement.

PSI ORDERED DUE 11/4/88
OBJECTIONS DUE 11/14/88
RESPONSE DUE 11/25/88