H 12/13

TXS (4/88)   CRIMINAL MINUTES - SENTENCING

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT ... AS
FILED
DEC 1 1988
JESSE E. CLARK, CLERK
BY DEPUTY
DATE 12/1/88

HONORABLE **Ricardo H. Hinojosa** PRESIDING
DEPUTY CLERK **Judi Cervantes**   RPTR **Al Flores**
LAW CLERK _____   USPO **Munoz**
INTERPRETER **De Villar (used)**   TIME SET: **9:00 AM**

A.M. ___/___   P.M. ___/___

44

CR. NO. **M-88-151-S1**   DEFT. NO. **02**

UNITED STATES OF AMERICA   )   **Jack L. Wolfe,** AUSA
v.   )
**Elpidio Mojarra Ramirez**   )   **Manuel Trigo** ( ) CJA / APMT.

### SENTENCING

(✓) FREE TEXT — New Sentencing Guidelines (NSG) case (11-1-87) (CC. Court Reporting Services.)
( ) ORDBWI — Deft. failed to appear, bench warrant to issue (LFUG).
(✓) SENH — Sentencing held.
( ) WDPLG — Deft. withdraws plea of guilty.
(✓) SENTENCE: **Ct. 1: 97 mos impris plus 5 yrs supervised release term, without supervision if deported.**

$50.00 special assessment imposed on Count(s) **1**

(✓) FREE TEXT — Time to serve.
(✓) DCNTGVMOT — Counts **2, 3 and 4** dismissed on government motion.
( ) BAILC — Bond continued.
( ) ORDBNDRVK — Bond revoked.
( ) ORDBNDFRFT — Bond forfeited.
(✓) FREE TEXT — REMANDED to custody of U. S. Marshal.
( ) FREE TEXT — Deft. to surrender to U. S. Marshal on _____
( ) FREE TEXT — Deft. to surrender to designated institution.
( ) FREE TEXT — Deft. requests Clerk to enter Notice of Appeal.
OTHER PROCEEDINGS: **Gov't's Motion to Amend Indictment granted.**

84